IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JOYCE LAUBAN**      **PLAINTIFF**

**VERSUS**      **CIVIL ACTION NO. 1:04cv109LG-RHW**

**PAREX, INC., ET AL.**      **DEFENDANTS**

## FINAL JUDGMENT

This matter is before the Court on submission of the Report and Recommendation of United States Magistrate Robert H. Walker [33-1] entered in this cause on October 6, 2006. The Court, having adopted said Report and Recommendation as the finding of this Court by Memorandum Opinion and Order entered this date, finds that this matter should be dismissed. Accordingly,

**IT IS ORDERED AND ADJUDGED** that the Defendant's Motion to Dismiss filed September 6, 2006, [32-1] should be and is hereby **GRANTED** and this matter be, and is hereby, dismissed without prejudice.

**SO ORDERED AND ADJUDGED** this the 24th day of October, 2006.

           s/ *Louis Guirola, Jr.*
           LOUIS GUIROLA, JR.
           UNITED STATES DISTRICT JUDGE